JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JESUS GALLOSA-ZAPATA,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO ICE PROCESSING CENTER, et. al.,<br>Respondents. | Case No. EDCV 26-4213-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is GRANTED.

DATED: August 17, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE